IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVIE LAMAR WELLS                                                    PLAINTIFF

v.                                Case No. 4:26-cv-4015

STATE OF ARKANSAS                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 6.

Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A(a), Judge Singleton recommends that Plaintiff's claim be dismissed without prejudice. Judge Singleton explains that Plaintiff is inappropriately using a claim pursuant to 42 U.S.C. § 1983 to challenge his sentence and incarceration for state crimes, which are more appropriately challenged through 28 U.S.C. § 2254.  Judge Singleton also notes that Plaintiff has not shown that his conviction or sentence has been declared invalid in some manner, which generally bars the recovery of any damages for an allegedly unconstitutional conviction or imprisonment.  Lastly, Judge Singleton notes that the State of Arkansas is entitled to sovereign immunity for this claim under the Eleventh Amendment.  Judge Singleton also recommends that Plaintiff be warned that such dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g).

Plaintiff has not objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto.  Accordingly, Plaintiff's

Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.  Further, the Clerk is directed

to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.

      **IT IS SO ORDERED**, this 20th day of May, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge
